IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CENOBIO M. SANCHEZ, #265523, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:11-cv-940-TMH |
| ) | |
| GARY HETZEL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #17) filed on April 7, 2014 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #14) entered on March 17, 2014 is adopted;

(3) The petition for habeas corpus relief filed by petitioner Cenobio Sanchez is DENIED and this case is DISMISSED with prejudice.

DONE this the 15th day of April, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE